IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LYNN PINHOLSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARNOLD SCHWARZENEGGER, et al., ) <br> ) <br> Defendants. ) <br> ) | No. C 06-6263 SBA (PR) <br><br> **ORDER DISMISSING CLAIMS AGAINST DEFENDANTS SCHWARZENEGGER AND WOODFORD** |

On September 28, 2007, the Court issued an Order in which Plaintiff was directed to amend his claims against Defendants Schwarzenegger and Woodford within thirty days. Failure to do so would result in dismissal of the claims against Defendants Schwarzenegger and Woodford without prejudice. The time to file the amended complaint has passed, and Plaintiff has failed to amend his complaint. Accordingly,

IT IS HEREBY ORDERED that the claims against Defendants Schwarzenegger and Woodford are dismissed without prejudice.

IT IS SO ORDERED.

DATED: 11/13/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.06\Pinholster6263.dismissDEFS.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PINHOLSTER et al,

        Plaintiff,

v.

SCHWARZENEGGER et al,

        Defendant.

Case Number: CV06-06263 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Pinholster C-87601
San Quentin State Prison
San Quentin, CA 94974

Dated: November 14, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.06\Pinholster6263.dismissDEFS.frm