IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT PINHOLSTER, | ) | No. C 06-6263 SBA (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants. | ) | |

The Court granted Defendants' motion for summary judgment in the instant civil rights complaint for relief. Judgment is hereby entered in favor of Defendants. Plaintiff shall take nothing by way of his complaint.

The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: March 23, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge

Judgment
G:\Pro-Se\SBA\CR.06\Pinholster263.jud.md

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PINHOLSTER et al,

   Plaintiff,

 v.

SCHWARZENEGGER et al,

   Defendant.

Case Number: CV06-06263 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Scott Pinholster C-87601
San Quentin State Prison
San Quentin, CA 94974

Dated: March 23, 2009

      Richard W. Wieking, Clerk
      By: LISA R CLARK, Deputy Clerk

Judgment
G:\Pro-Se\SBA\CR.06\Pinholster263.jud.md